**Electronically Filed
Supreme Court
SCPW-15-0000515
27-JUL-2015
01:46 PM**

SCPW-15-0000515

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————

MICKEY A. MADDOX, Petitioner,

vs.

THE HONORABLE RHONDA LOO, JUDGE OF THE CIRCUIT COURT OF
THE SECOND CIRCUIT, STATE OF HAWAI'I, Respondent Judge,

and

STATE OF HAWAI'I, Respondent.

———————————————————————————

ORIGINAL PROCEEDING
(CAAP-14-0001016; CIV. NO. 13-1-0900)

ORDER DENYING WITHOUT PREJUDICE APPLICATION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Mickey A. Maddox's "Application for Writ of Mandamus Directed to Judge Rhonda Loo," filed on July 10, 2015, and the record, it appears that Petitioner is currently seeking identical relief in the circuit court and, therefore, the requested writ of mandamus is not appropriate at this juncture. See Kema v. Gaddis, 91 Hawai'i 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is

an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action; it is meant to restrain a judge of an inferior court who has exceeded his or her jurisdiction, has committed a flagrant and manifest abuse of discretion, or has refused to act on a subject properly before the court under circumstances in which he or she has a legal duty to act). Accordingly,

IT IS HEREBY ORDERED that the appellate clerks' office shall process the application for a writ of mandamus without payment of the filing fee.

IT IS HEREBY FURTHER ORDERED that the application for a writ of mandamus is denied without prejudice.

DATED: Honolulu, Hawaiʻi, July 27, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson



2